686 A.2d 1186

IN THE MATTER OF ANDREW D. STRUPP,
AN ATTORNEY AT LAW.

January 15, 1997.

## ORDER

The Disciplinary Review Board on November 4, 1996, having filed with the Court its decision concluding that **ANDREW D. STRUPP** of **SALT POINT, NEW YORK,** who was admitted to the bar of this State in 1973, should be reprimanded for violations of *RPC* 3.3 (lack of candor to a tribunal), *RPC* 5.5 (unauthorized practice of law), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **ANDREW D. STRUPP** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.